# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**EXHIBIT A**

**Registration Number**

**VA 2-019-921**

**Effective Date of Registration:**
October 14, 2016

## Title

**Title of Work:** ADLIFE-COLLECTION-101216

**Previous or Alternate Title:** Group registration of photos published 01-08-1997 through 12-14-1997; about 220 photos total.

**Content Title:** BroccoliCheese002, 08-14-1997;
GrapefruitSlice001, 07-12-1997;
FruitBasket015, 11-22-1997;
Lasagna016, 04-23-1997;

LinguiniClamSauce001, 09-20-1997;
Manicotti001, 11-11-1997;
LasagnaLazy002, 04-15-1997;
LasagnaVegetable002, 08-19-1997;

LasagnaVegetable 003, 08-19-1997;
Manicotti002, 04-27-1997;
MeatLasagna012, 09-16-1997;
PennePastaPesto001, 06-10-1997;
Stromboli001, 08-14-1997;

SausagePepperOnion001, 11-15-1997;
PennePastaPesto002, 06-13-1997;
SausagePepper001, 08-21-1997;
PennePastaPesto003, 05-19-1997;
SausagePasta001, 03-09-1997;

PenneVeggieBake002, 03-11-1997;
SausagePepperOinion002, 07-10-1997;
ShellStuffed001, 07-14-1997;
SederPlate002, 04-109-1997;

Taquito003, 07-19-1997;
Taquito004, 04-05-1997;
ArrangementRoseAsst008, 06-27-1997;
RoseRedDozen003, 06-27-1997;
BrusselSproutBowl002, 03-24-1997;

SwaiFilet001, 08-25-1997;
SeafoodAsst007, 07-05-1997;
PottedMumAsst002, 09-15-1997;
Lobster005, 06-13-1997;

Lobster006, 08-05-1997;
CatfishFilet010, 11-23-1997;
CatfishFilet013, 04-09-1997;
CabbageAsst002, 02-11-1997;
Lobster012, 06-12-1997;

?ArrangementRoseRed001, 06-27-1997;
HaddockFilet003, 01-13-1997;
HaddockFilet004, 01-13-1997;
CatfishNugget002, 08-18-1997;
HaddockFilet006, 03-16-1997;

Halibut002, 06-10-1997;
CornButterSugarBasket003, 06-10-1997;
CornPeaBeanCarrot001, 05-19-1997;
MushroomSauteed001, 03-13-1997;

ClamFritter001, 01-26-1997;
LobsterTail001, 12-08-1997;
MackerelWhole002, 08-14-1997;
FishAsst001, 09-26-1997;
SeafoodAsst004, 08-11-1997;

SeafoodAsst008, 11-15-1997;
SeafoodAsst010, 07-05-1997;
CakeCheese014, 11-08-1997;
RedSnapper003, 10-22-1997;

Clambake003, 05-19-1997;
Clambake005, 12-10-1997;
Clambake008, 02-08-1997;
Clambake006, 04-09-1997;
Clambake007, 09-15-1997;

SalmonFilet007, 04-09-1997;
SalmonFilet008, 04-09-1997;
Scallop001, 04-21-1997;
TunaCasserole001, 11-13-1997;

TunaSalad004, 11-12-1997;
TunaSaladGrilled001, 04-13-1997;
Tilapia002, 11-11-1997;
Tilapia010, 05-19-1997;
Tilapia018, 04-18-1997;

Peapod001, 05-19-1997;
PeaSnow001, 02-11-1997;
CakeCheeseChocolate002, 08-13-1997;
CakeCheeseChocolate001, 03-19-1997;
CakeCheeseCherry001, 08-13-1997;

?CakeCheeseBlueberry001, 04-15-1997;
CakeCheeseAsst002, 10-11-1997;
CakeCheeseAsst001, 08-13-1997;



CakeCheese017, 04-08-1997;

CakeCheese016, 11-11-1997;
CakeCheese015, 06-19-1997;
CakeCheese013, 11-08-1997;
CakeCheese012, 11-08-1997;
CakeCheese011, 11-08-1997;

CakeCheese009, 05-23-1997;
CakeCheese008, 12-14-1997;
CakeCheese007, 08-13-1997;
CakeCheese006, 10-08-1997;

CakeCheese005, 02-18-1997;
CakeCheese004, 08-13-1997;
CakeCheese003, 03-19-1997;
CakeCheese002, 05-20-1997;
CakeCheckerboard001, 11-08-1997;

CakeChampagne001, 11-21-1997;
CakeCarrot007, 05-13-1997;
CakeCarrot006, 11-08-1997;
CakeCarrot005, 03-25-1997;

CakeCarrot004, 03-17-1997;
CakeCarrot003, 08-13-1997;
CakeCarrot002, 02-08-1997;
CakeCarrot001, 11-10-1997;
CakeCandyCane001, 12-11-1997;

CakeButterCreme003, 08-13-1997;
CakeButterCreme002, 08-13-1997;
CakeButterCreme001, 08-13-1997;
CakeBundtCinnamonSlice001, 02-13-1997;
CakeBostonCremeRoll001, 08-13-1997;

CakeBostonCoffee003, 06-10-1997;
CakeBlueberry001, 07-18-1997;
CakeBlackForest005, 08-19-1997;
CakeBlackForest004, 08-13-1997;
?CakeBlackForest003, 09-08-1997;
CakeBlackForest001, 08-13-1997;
CakeBirthday005, 11-10-1997;
CakeBirthday003, 08-20-1997;
CakeBirthday002, 04-12-1997;

CakeBirthday001, 06-15-1997;
CakeBatter001, 06-25-1997;
CakeAsst005, 10-22-1997;
CakeAsst004, 11-18-1997;

CakeAsst003, 10-14-1997;
CakeAsst002, 11-17-1997;
CakeAsst001, 09-13-1997;
CakeAppleCrumb001, 08-13-1997;
CakeAppleCoffee001, 08-13-1997;

CakeAngelFoodStrawberry001, 11-15-1997;

CakeAngelFoodBerries001, 04-11-1997;
CakeAngelFood015, 07-13-1997;
CakeAngelFood014, 04-23-1997;

CakeAngelFood013, 02-25-1997;
CakeAngelFood012, 09-10-1997;
CakeAngelFood011, 08-13-1997;
CakeAngelFood010, 11-24-1997;
CakeAngelFood009, 08-13-1997;

CakeAngelFood008, 08-13-1997;
CakeAngelFood007, 08-13-1997;
CakeAngelFood005, 11-22-1997;
CakeAngelFood004, 06-20-1997;

CakeAngelFood003, 08-13-1997;
CakeAngelFood002, 08-13-1997;
CakeAngelFood001, 08-13-1997;

Brownie001, 08-21-1997;
Brownie002, 02-08-1997;
Brownie2Bite001, 09-05-1997;
Brownie2Bite002, 09-05-1997;
Brownie2Bite003, 09-05-1997;
Brownie2BiteStack001, 09-05-1997

Brownie003, 06-18-1997;
Brownie004, 06-08-1997;
Brownie005, 09-22-1997;
Brownie006, 02-21-1997;
Brownie007, 03-27-1997;
Brownie008, 04-07-1997;
Brownie009, 08-21-1997;

BrownieAsst001, 09-22-1997;
BrownieAsst002, 03-09-1997;
BrownieBites001, 01-08-1997;
BrownieBlonde001, 06-18-1997;
BrownieBlonde002, 08-05-1997;
BrownieBlonde003, 12-13-1997;
BrownieCaramel001, 01-12-1997;

BrownieCreamCheese001, 09-23-1997;
BrownieCreamCheese001, 03-09-1997;
BrownieFrosted001, 07-14-1997;
BrownieFrosted002, 07-14-1997;
BrownieFrosted003, 07-14-1997;

BrownieCreamCheese001, 09-23-1997;
BrownieCreamCheese002, 03-09-1997;
BrownieFrosted001, 07-14-1997;
BrownieFrosted002, 07-14-1997;
BrownieFrosted003, 07-14-1997;

BrownieFrosted004, 09-23-1997;
BrownieFrosted005, 07-14-1997;
BrownieFrosted006, 03-09-1997;
BrownieM&M001, 03-09-1997;



BrownieOreo001, 03-09-1997;
BrownieWalnut001, 10-13-1997;
BreadPumpkinSpice001, 11-15-1997;
BreadRainbow001, 08-13-1997;
BreadRaisin001, 07-12-1997;
BreadRaisin002, 07-12-1997;
BreadRaisin003, 07-12-1997;
BreadRaisin004, 08-13-1997;
BreadRaisin005, 10-08-1997;

BreadRaisin006, 05-21-1997;
BreadRaisin007, 07-22-1997;
BreadRaisinBasket001, 08-13-1997;
BreadRoastedGarlic001, 07-12-1997;
BreadRoastedGarlic002, 10-11-1997;
BreadRosemary001, 11-10-1997;
BreadRosemary002, 11-10-1997;
BreadRosemary003, 11-10-1997;
BreadRosemary004, 11-03-1997;
BreadPumpkin002,  11-10-1997;

BreadRosemaryOliveOil002, 06-22-1997;
BreadRoundVegetable001, 01-12-1997;
BreadRustic001, 03-11-1997;
BreadRusticWheat001, 08-13-1997;

BreadRye001, 05-08-1997;
BreadRye002, 05-16-1997;
BreadRye003, 07-08-1997;
BreadRyeBasket001, 08-13-1997;
BreadRyeBasket002, 08-13-1997;

BreadRyeSliced001, 03-15-1997;
BreadRyeSliced002, 11-21-1997;
BreadRyeSliced003, 12-06-1997;
BreadSanta001, 11-10-1997;

BreadSanta002, 11-18-1997;
BreadScala001, 08-13-1997;
BreadScala002, 08-13-1997;
BreadScala003, 04-20-1997;
BreadSixGrain001, 08-13-1997;
BreadSoda001, 03-12-1997;
BreadSoda003, 02-24-1997;
BreadSourDough002, 11-15-1997;
BreadSourDoughBasket001, 08-13-1997;

BreadSplitTop001, 08-13-1997;
BreadSplitTop002, 08-13-1997;
BreadSplitTop003, 07-07-1997;
BreadStick001, 08-13-1997;
BreadStick003, 11-27-1997;

BreadStick004, 11-20-1997;
BreadStick005, 12-12-1997;
BreadStickMarinara001, 02-24-1997;
BreadSwissGrain001, 08-13-1997;

?BreadTurkey001, 11-13-1997;
BreadTurtle001, 11-13-1997;
BreadTuscanBoule001, 01-27-1997;
BreadTuscanBoule002, 01-27-1997;
BreadTuscanBoule003, 01-27-1997;
BreadTuscanBoule004, 01-27-1997;
BreadTuscanBoule005, 01-27-1997;

BreadVienna001, 11-13-1997;
BreadWheat001, 04-14-1997;
BreadPumpkin001, 12-15-1997;
BreadWheat003, 08-13-1997;
BreadWheat004, 08-09-1997;
BreadWheat005, 04-11-1997;

BreadWheat006, 05-19-1997;
BreadWheatHomestyle001, 08-13-1997;
BreadWheatMountainTop, 08-13-1997;
BreadWhite001, 07-12-1997;
BreadWhite002, 02-12-1997;
BreadWhite003, 08-12-1997;
BreadWhite004, 03-24-1997;

BreadWhiteBasket001, 08-13-1997;
BreadWhiteBasket002, 08-13-1997;
BreadWhiteHomestyle001, 08-13-1997;
BreadWhiteToasted001, 11-12-1997;
BreadWholeGrain001, 03-25-1997;
BreadWholeGrainBasket001, 01-20-1997;
BreadWholeWheat002, 03-12-1997;

BreadZuccini001, 01-14-1997;
BreadZuccini002, 11-14-1997;
BreadZuccini003, 08-13-1997;
BreadZuccini004, 11-09-1997.

## Completion/Publication

    **Year of Completion:** 1997
    **Date of 1st Publication:** January 08, 1997
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Adlife Marketing & Communications Co. Inc., Employer-for-Hire of Joel Albrizio
    **Author Created:** photograph
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Adlife Marketing & Communications Co. Inc.
    38 CHURCH ST, PAWTUCKET, RI, 02860, United States

## Rights and Permissions

| | |
|---:|---|
| **Organization Name:** | SHORES & OLIVER PC |
| **Name:** | Milton M. Oliver. Esq. |
| **Email:** | milton.oliver@shoresoliver.com |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
| | COTUIT, MA 02635-0790 United States |

## Certification

| | |
|---:|---|
| **Name:** | MILTON M OLIVER |
| **Date:** | October 14, 2016 |
| **Applicant's Tracking Number:** | 873-057-312 |

**Copyright Office notes:** Regarding publication: range of publication dates is 1/08/1997 to 12/14/1997