UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERZI'S 41, INC.,

    Plaintiff/Counter-Defendant,

v.

PREPARED FOOD PHOTOS, INC.,

    Defendant/Counter-Plaintiff.
_____/

Case No. 1:23-cv-1254

HONORABLE PAUL L. MALONEY

## ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through the filing of the Notice of Settlement (ECF No. 13) of the agreement between the parties to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents shall be filed with the Court no later than **May 16, 2024**.

**IT IS FURTHER ORDERED** that the Rule 16 scheduling conference set for April 22, 2024 is ADJOURNED without date at this time.

Dated:  April 18, 2024

    /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge